JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>COMPREHENSIVE HEALTH X5, INC, a Florida corporation, doing business as COMPREHENSIVE HEALTH; AARON WEBB, an individual; and RYAN NAUGHTIN, an individual,<br><br>    Defendants. | Case No. 8:24-cv-01325-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 25]" entered substantially contemporaneously herewith, and in accordance with Rules 54(b), 55, and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Comprehensive Health X5 Inc. and Aaron Webb, in the amount of **$158,807.21** (consisting of the principal amount of $138,232.44; prejudgment interest of $12,648.58; litigation costs of $603.00; and attorneys' fees of $6,364.64).

3. To the extent that any party requests any other form of relief with respect to the claims of Plaintiff Balboa Capital Corporation against Defendants Comprehensive Health X5 Inc. and Aaron Webb, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 14, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-