THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMPREHENSIVE HEALTH X5 INC., a Florida profit corporation, doing business as COMPREHENSIVE HEALTH; AARON WEBB, an individual; RYAN NAUGHTIN, an individual,<br><br>Defendants. | Case No. 8:24-cv-01325-JWH(JDEx)<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**STIPULATED JUDGMENT**<br><br>Complaint Filed:   June 18, 2024 |

Pursuant to the Stipulation for Entry of Judgment Against Defendant Ryan Naughtin (the "Stipulation") between plaintiff Balboa Capital Corporation's ("Balboa"), on the one hand, and defendant Ryan Naughtin ("Naughtin"), on the other hand, and good cause appearing therefor,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Naughtin is liable to Balboa on the third cause of action for breach of the personal guaranty (the "Guaranty") contained in that certain written Equipment Finance Agreement No. 321868-001 (the "EFA").

2. **JUDGMENT** is entered in this matter, in **FAVOR** of Balboa, and **AGAINST** Naughtin, in the total judgment amount of **$177,836.85**, which represents:

    a. compensatory damages in the principal amount owed of $138,232.44 on the EFA and the Guaranty;

    b. prejudgment interest on the EFA and the Guaranty at a rate of ten percent (10%) per annum from April 14, 2024 (the date of breach), until July 3, 2025 (the date of the Stipulation), in the amount of $16,890.02, with additional prejudgment interest accruing at a daily rate of $37.87 until judgment is entered; and

    c. attorneys' fees and costs on the EFA and the Guaranty as of July 3, 2025 (the date of the Stipulation), in the amount of $22,714.39.

3. Balboa may make future noticed motion(s) to amend this judgment to include further reasonable attorneys' fees and costs arising from this action.

**IT IS SO ORDERED.**

DATED: July 21, 2025

_____
The Honorable John W. Holcomb
UNITED STATES DISTRICT COURT

1
STIPULATED JUDGMENT
CASE NO.: 8:24-cv-01325-JWH(JDEx)